**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

OCT 1 9 2018

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **JEREMY PEROT** | **CASE NO. 18-CV-827** |
| **-vs-** | **JUDGE DRELL** |
| **KEITH DEVILLE, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by Petitioner, and having determined that the finding and recommendation are correct under the applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Petitioner's civil rights complaint be **DENIED** and **DISMISSED** with prejudice pursuant to §§ 1915(e)(2)(b) and 1915A.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this _18th_ day of October, 2018.

**DEE D. DRELL, JUDGE**
**UNITED STATES DISTRIC COURT**